```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA VASQUEZ )<br>)<br>)<br>      Plaintiff,  )<br>)<br>v.                     )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>      **Defendant.**  )<br>) | Case No.  CIV-08-1227 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 26, 2010, to April 21, 2010.   This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 25, 2010        */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated:February 26, 2010         Benjamin G. Wagner

                                United States Attorney

                                /s/ *Timothy Bolin*
                                TIMOTHY BOLIN
                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: March 3, 2010


                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

2