BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA VASQUEZ | Case No.  CIV-08-1227 CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 21, 2010, to May 21, 2010.   This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 22, 2010      */s/Bess M. Brewer*
                           BESS M. BREWER
                           Attorney at Law

                           Attorney for Plaintiff


Dated: April 22, 2010      Benjamin G. Wagner

                           United States Attorney

                           */s/ Timothy Bolin*
                           TIMOTHY BOLIN
                           Special Assistant U.S. Attorney
                           Social Security Administration

                           Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: April 30, 2010

                           **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE

2