IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA VASQUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. CIV S-08-1227-CMK<br><br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On June 23, 2010, the court directed plaintiff to show cause in writing within 30 days why this action should not be dismissed for failure to file a dispositive motion.  Plaintiff responded by filing a dispositive motion on July 22, 2010.  The order to show cause is, therefore, discharged.

        IT IS SO ORDERED.

DATED: September 15, 2010

                                              _____<br>
                                              **CRAIG M. KELLISON**<br>
                                              UNITED STATES MAGISTRATE JUDGE